JOHN H. TRENERRY, APPELLEE, V. MARY REICHENBERG ET
AL., IMPLEADED WITH CLINTON ORCUTT, APPELLANT.

FILED FEBRUARY 19, 1902.　No. 10,348.

Stare Decisis. Opinion in *Ure v. Reichenberg*, filed herewith, 63 Nebr.,
899, followed.

APPEAL from the district court for Douglas county.
Heard below before FAWCETT, J. *Affirmed.*

*Charles W. Haller*, for appellant.

*H. W. Pennock*, contra.

SEDGWICK, J.

The questions involved in this case are identical with
those involved in the case of *Ure v. Reichenberg*, in which
case an opinion is filed herewith (63 Nebr., 899), and for
the reasons there given the decree of the district court is

AFFIRMED.